IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
DEC 18 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| TONYA COLLINS, as the ADMINISTRATOR of the ESTATE of LARRY COLLINS, deceased,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>KATIE LAWSON, individually, et al.,  )<br>)<br>Defendants.  ) | No. CIV-12-819-W |

## ORDER

On November 29, 2012, the Court ordered plaintiff Tonya Collins, as the Administrator of the Estate of Larry Collins, deceased, to pay defendant Katie Lawson, in her individual capacity, the sum of $14,450.00 and to file proof of such payment with the Clerk of the Court. See Doc. 38. The record now shows that Collins has transmitted this amount to the City of Oklahoma City, Oklahoma, the entity that paid the legal fees and expenses incurred by Lawson in Collins v. Citty, No. CIV-09-756-W. See Doc. 43.

Accordingly, the Court

(1) FINDS that Collins has complied with the Court's Order of November 29, 2012; and

(2) REMINDS Lawson that her deadline to answer or otherwise respond to the allegations in the complaint is fourteen (14) days from the date Collins filed proof of payment.

ENTERED this 18th day of December, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE